ORIGINAL

FILED

MAR - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*EX PARTE*/UNDER SEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR2257-L |
| Plaintiff, ) | |
| v. ) | **ORDER TO FILE DOCUMENT** |
| RAMON PENALOZA-JAIMES, ) | **UNDER SEAL** |
| Defendant. ) | |

Motion to file under seal having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the defendant's Request for 17(b) and (c) subpoenas and attached motion ~~and Order, as well as this Order~~ be filed **UNDER SEAL**.

**IT IS SO ORDERED.**

DATED: 3/6/07

_____
HONORABLE BARBARA L. MAJOR
United States District Court Judge