ORIGINAL

*EX PARTE*/UNDER SEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARBARA L. MAJOR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RAMON PENALOZA-JAIMES,<br><br>　　　　　Defendant. | Case No. 06CR2257-L<br><br>*EX PARTE* ORDER<br>AUTHORIZING ISSUANCE OF<br>RULE 17(c) SUBPOENA |

**IT IS HEREBY ORDERED** that pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, the Custodian of Records of the **Metropolitan Correctional Center ("MCC")**, 808 Union Street, San Diego, California, 92101, produce to the Court prior to March 26, 2007, the following documents: All records pertaining to the medical and psychological care of Mr. Ramon-Penaloza while he has been in the custody of the MCC and the United States Marshal's Service ("USMS") (past and present). *The produced documents will be made available to all counsel.*

**IT IS SO ORDERED.**

DATED: 3/6/07

HONORABLE BARBARA L. MAJOR
United States District Court Judge

FILED
MAR - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY